# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO.: 8:17-cv-03013-EAK-MAP

BRYAN E. GLYNN,

   Plaintiff,

v.

CIGAR CAVE LOUNGE INC.,

   Defendant.

### STIPULATION OF SELECTION OF MEDIATIOR

  Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, hereby gives notice that mediation will be held in this case before Jim Matulis, at a time and place to be determined at a later date.

Dated: June 1, 2018

| | |
|---|---|
| */s/ Zachary D. Messa* | */s/Alexander C. Cohen* |
| ZACHARY D. MESSA | JOEL B. ROTHMAN |
| *FL Bar No. 513601* | *FL Bar No. 98220* |
| *zacharym@jpfirm.com* | *joel.rothman@sriplaw.com* |
| *JOHNSON POPE BOKOR* | ALEXANDER C. COHEN |
| *RUPPEL & BURNS, LLP* | *FL Bar No. 1002715* |
| *911 Chestnut Street* | *alex.cohen@sriplaw.com* |
| *Clearwater, Florida 33756* | *SCHNEIDER ROTHMAN INTELLECTUAL* |
| *727.461.1818 - Telephone* | *PROPERTY LAW GROUP PLLC* |
| *727.462.0965 - Facsimile* | *4651 N. Federal Hwy* |
| | *Boca Raton, FL 33431* |
| *Counsel for Cigar Cave Lounge Inc.* | *561.404.4350 – Telephone* |
| | *561.404.4353 – Facsimile* |
| | |
| | *Counsel for Plaintiff Bryan E. Glynn* |

**CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that on June 1, 2018, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                         */s/Alexander C. Cohen*
                                         ALEXANDER C. COHEN

**SERVICE LIST**

ZACHARY D. MESSA
FL Bar No. 513601
zacharym@jpfirm.com
JOHNSON POPE BOKOR
RUPPEL & BURNS, LLP
911 Chestnut Street
Clearwater, Florida 33756